# EXHIBIT A

# "MY SPACE® ship MOBILE"

Donnell Mitchell returns to the world of business to reclaim the rightful. "And I truly believe that "2009 really will be the year of the spaceship." Said British entrepreneur Sir Richard Branson

"MY SPACE® Mobile Returns" says Donnell Mitchell



The Puff Daddy of Bail Bonds.

The Business of being Donnell Mitchell

David W. Martin

Posted April 12, 2008

Another hour but it is time to fire up "the spaceship".



= Walter Novak

::

## The world -- or at least West Third Street -- is Donnell Mitchell's.

Every weekday for the last six months, Donnell Mitchell's Ford Aerostar has idled on West Third Street, across from the Justice Center. By order of the city, he moves the van every hour, sometimes only as far as the next parking meter.

More billboard than transportation, the van is sheathed in noisy advertisements for Mitchell's bail bond business. Its shell is a thin vinyl adhesive that features enlarged photographs of Mitchell standing arm in arm with Jennifer Lopez and lurking behind Sean "Puff Daddy" Combs's shoulder. One of the slogans reads, "We keep the stars free."

"We just call it the spaceship," Mitchell says, toothpick in one hand, cell phone in the other. "We've taken up bail bonds one more notch."

Like espionage or performance art, the bail bond business attracts off-kilter characters. It's a hustler's game. Large men in porkpie hats and gold-rimmed sunglasses troll the Justice Center corridors. "Need a bond?" they ask passersby, as if scalping Tribe tickets. Perhaps the most flamboyant was the late Sylvester "Sonny" Wilcox, a former prizefighter who wrote bonds in the '60s and '70s. Wilcox drove a pink Cadillac, wore pink suits, and flashed a fist of diamond rings. "People were terrified of him," Presiding Cuyahoga County Court Judge Richard J. McMonagle says.

Though Mitchell prefers charm to intimidation, he may be the principal heir to this tradition of flash. The 29-year-old West Tech grad has an associate's degree in insurance from Cleveland State, but shows little interest in desk work or actuary tables. He's in the business of Donnell Mitchell. True to the world is three spirit of his role, he offers the services of private investigator, bodyguard, and music promoter, in addition to writing bonds. A few weeks ago, he and his partners wore orange jumpsuits to show their solidarity with the county incarcerated. He has also shown a penchant -- if not a fondness -- for tweaking the nose of the system.

"This young man is a master entrepreneur," says Donisman Reggie Crosby, who sponsored Mitchell. "People in the bail bond business aren't accustomed to this."

"I'm just trying to be part of the American dream," Mitchell says.

Writing bonds may not be as glamorous as owning a nightclub or promoting platinum musicians, but criminal justice is a steady, recession-proof industry that runs on cash. "This is a beautiful game," Mitchell says. "If you commit yourself to the game, you can make two, three thousand dollars a week. Everybody who comes into this business has a problem, and if you can help them, you make money."

Or, as Puff would say, "It's all about the Benjamins."

The van is Mitchell's trademark. It's especially ingenious, considering that businessmen are forbidden from loitering in the Justice Center. They were kicked out in 1999 for creating an "atmosphere of violence, hostility, and tension," in the words of the court order. Judges and clerks wanted to remove a mace at the turf that's hard-won fought for clients. "It's almost like treating them like kids, because they act like kids," McMonagle says, one battle ended in a haze of pepper spray.

So hour by hour, Mitchell moves his mobile advertisement to stay a step ahead of the law. He got the idea through his occasional work for Premiere Marketing, a Cleveland promotions company. He saw a similar van -- a recent layer used to tout artists and decided to put his wheels to work for him. "I used a 24-hour promotion by myself," Mitchell says of the 17,000 customization.



visit our official website at www.MySPACEship.cc (Credit Card)

Copyright © 1997 - 2008 & Beyond.



# EXHIBIT B

# MYSPACE

| | |
|---|---|
| **Word Mark** | MYSPACE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: magnetically encoded credit cards; magnetically encoded debit cards; sunglasses. FIRST USE: 19900131. FIRST USE IN COMMERCE: 19971024 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77007582 |
| **Filing Date** | September 26, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 12, 2007 |
| **Registration Number** | 3284330 |
| **Registration Date** | August 28, 2007 |
| **Owner** | (REGISTRANT) Mitchell Donnell INDIVIDUAL UNITED STATES P.O. Box 93343 Cleveland OHIO 44101 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

# EXHIBIT C

# MY SPACE

| | |
|---|---|
| **Word Mark** | **MY SPACE** |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Banking; Credit card services; Debit card services; Insurance services, namely, writing property and casualty insurance; Insurance underwriting services for all types of insurance; Money order services; On-line banking services; Bonding services; Bail bonding |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77145676 |
| **Filing Date** | April 1, 2007 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 9, 2007 |
| **Owner** | (APPLICANT) Donnell, Mitchell INDIVIDUAL UNITED STATES P.O. Box 93343 Cleveland OHIO 44101 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-03-10 16:44:37 ET

**Serial Number:** 77145676 Assignment Information          Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**

# MY SPACE

**(words only):** MY SPACE

**Standard Character claim:** Yes

**Current Status:** An opposition is now pending at the Trademark Trial and Appeal Board.

**Date of Status:** 2007-12-07

**Filing Date:** 2007-04-01

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**Attorney Assigned:**
FINE STEVEN R

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-08-31

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Donnell, Mitchell

**Address:**
Donnell, Mitchell
P.O. Box 93343
Cleveland, OH 44101
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

## GOODS AND/OR SERVICES

**International Class:** 036
**Class Status:** Active
Banking; Credit card services; Debit card services; Insurance services. namely. writing property and casualty insurance; Insurance underwriting services for all types of insurance; Money order services; On-line banking services; Bonding services; Bail bonding
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-12-07 - Opposition instituted for Proceeding

2007-10-11 - TEAS Response to Office Action Received

2007-10-09 - Extension Of Time To Oppose Received

2007-10-09 - Published for opposition

2007-09-19 - Notice of publication

2007-08-31 - Law Office Publication Review Completed

2007-08-31 - Assigned To LIE

2007-07-22 - Approved for Pub - Principal Register (Initial exam)

2007-07-15 - Assigned To Examiner

2007-04-04 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
MITCHELL DONNELL
Phenomenon Licensing
PO BOX 93343
CLEVELAND, OH 44101-5343

# EXHIBIT D

Google

donnell mitchell

Search — Advanced Search
Preferences

**Web** — Results 1 - 10 of about **502,000** for **donnell mitchell**. (0.20 seconds)

### MYSPACE™ ship MOBILE returns says **Donnell Mitchell**, Columbus OH 43215
Get discount coupons for MYSPACE™ ship MOBILE returns says **Donnell Mitchell** and
other Columbus, OH local merchants. Financial Services, Bail Bonds ...
www.merchantcircle.com/business/MYSPACE.
ship.MOBILE.returns.says.**Donnell**.**Mitchell**.216-323-3733 - 22k - Cached - Similar pages

#### Blog of MYSPACE™ ship MOBILE returns says **Donnell Mitchell** ...
MYSPACE™ ship MOBILE returns says **Donnell Mitchell** is located at PO Box 93343
Cleveland, OH. Phone: 216-323-3733. Financial Services, Bail Bonds , Insurance ...
www.merchantcircle.com/blogs/MYSPACE.
ship.MOBILE.returns.says.**Donnell**.**Mitchell**.216-323-3733 - 14k - Cached - Similar pages
More results from www.merchantcircle.com »

### Blue Sky, The DVD: **Donnell** O, Jessica Lange, Tommy Lee Jones ...
Annie Ross, Amy Locane, Timothy Bottoms, **Mitchell** Ryan, Tommy Lee Jones, Powers
Boothe, **Donnell** O, Jessica Lange, Carrie Snodgress, Chris O'**Donnell**, ...
www.foxstore.com/detail.php?item=3808 - 40k - Cached - Similar pages

### O'**donnell Mitchell** D Atty, Tulsa, OK 74119
O'**donnell Mitchell** D Atty. 601 S Boulder Ave Tulsa, OK 74119. Contact O'**donnell**
**Mitchell** D Atty ... Business Profile for O'**donnell Mitchell** D Atty ...
local.claremoreprogress.com/O--27**donnell**+**Mitchell**+D+Atty.262133.99028334.home.html
- 47k - Cached - Similar pages

### **Mitchell** returns: Blogs, Photos, Videos and more on Technorati
**Donnell Mitchell** returns to the bail bonds business (review the history) ... The Puff Daddy
of Bail Bonds The business of being **Donnell Mitchell**. ...
technorati.com/tag/**Mitchell**+returns - 36k - Cached - Similar pages

## MYSPACE® Prepaid Press Releases

visit our official website at www.MySPACEship.cc (Credit Card)



MYSPACE™ brand of Decals, Gift Cards and Sunglasses are trademarks and registered trademarks of MySPACE Prepaid and are not affiliated with M...

PHENOMENONLICENSING ...

And once they get a gift card, teens are ready to spend. Sixty-two percent of teens say that they hold on to their gift cards for one month or less before using them. Only one in 10 (11 percent) says that they keep a gift card for more than two months before using it the first time.

When using gift cards, teens also spend more than the card's value. Eighty-nine percent of teens add some of their own money when making a purchase with a gift card.
Once they've depleted the funds on their card, some teens are going back for more. While still a growing trend, one in five teens has reloaded a gift card — on average with $24.

"Cards are being reloaded for future use and convenience," said Mitchell. "From a parent's perspective, it's a great way to control where your teen spends his or her money. From our young people's perspectives, it's a way to maintain financial freedom when making purchases — especially when they don't have their own credit or debit card yet."

**Other key findings from the survey:**

Among teens who have purchased gift cards, three-quarters (76 percent) have purchased cards for others. Two in five teens (42 percent) have purchased cards for themselves. Young men (46 percent) are more likely than young women (38 percent) to have purchased gift cards for personal use.

Gift card malls, a collection of various retailers' gift cards typically found in convenience or grocery stores, continue to gain acceptance. Forty-five percent (up from 29 percent in 2006) of teens say they have purchased a gift card at a gift card mall and 23 percent (up from 11 percent in 2006) say they prefer to buy them there.

If the gift card a teen wished to purchase was not available at a gift card mall, almost half of teens (49 percent) would have gone to the specific retail store to purchase a gift card. Two in five teens (42 percent) would have simply chosen to purchase a different gift card at the gift card mall.

Respondents report that approximately four in 10 gifts they receive (43 percent) are gift cards. On average, teens report that the gift cards they receive are loaded with $25 per card.

Teens surveyed reported spending an average of $161 yearly on gifts.

The survey was conducted online between June 29 - July 2, 2007 involving (527) 13 - 19 year-old students who plan to attend college or are currently attending their first year. They have also previously purchased or received a gift card.

NOTE TO EDITORS: An excerpt of the study is available upon request.

About IC of Ohio, Phenomenon Licensing and MPS

IC of Ohio, Phenomenon Licensing and Myspace2 Prepaid Solutions is quickly becoming a leading national issuer of prepaid cards. PI is focusing on a wide range of products and services including fuel purchase payroll reimbursement, EBT, gift and loyalty cards. Headquartered in Cleveland, Ohio partnering with agents nationwide, IC of Ohio will also re-launch the new spring brands Prepaid Solutions of California.

MYSPACE™
MY AUTO INSURANCE
LIFE - HOME - DENTAL - RENTERS - MEDICAL

[illegible] of Ohio providers of [illegible] Break™ and MY SPACE™ Insurance [illegible] college students to consider Renters' Insurance if you reside off campus

PHENOMENONLICENSING [illegible] the organizers of [illegible] insurance [illegible] today encourage [illegible] students nationally [illegible] off campus to [illegible] renters' insurance to [illegible] personal property.

[illegible] insurance offers important [illegible] in the event valuable items such as a computer, [illegible] or furniture are damaged, destroyed or stolen. Moreover, a typical renters' insurance [illegible] also [illegible] liability protection [illegible] student be sued as the result of an occurrence on the [illegible] President Mitchell stated.

[illegible] insurance policies generally distinguish between "actual cash value" and "replacement co[illegible] stereo system [illegible] off-campus apartment five years after the system [illegible] example, the [illegible] actual cash value coverage would be reimbursed [illegible] a five-year old stereo [illegible] valued at in today's [illegible]. Meanwhile, replacement [illegible] requiring a policyholder [illegible] higher premiums, would under the scenario [illegible] policyholder for the [illegible] purchasing a new stereo system.

[illegible] renter's insurance [illegible] relatively inexpensive, but premium rates can vary [illegible] the insurer, coverage [illegible] deductibles and the [illegible] location. Most renters [illegible] dollar amount coverage [illegible] stolen or damaged computers and their related equipment [illegible] policyholders should [illegible] the policy limits and [illegible] purchase higher limits [illegible] expensive items that [illegible] be housed at an off-campus residence, such as [illegible] policy [illegible] added to the [illegible]

college students residing on campus and still considered a dependent are generally covered for these types of losses under their parents' homeowners' insurance policy. Parents should, however, read the particular coverage terms of their insurance policy very carefully for the details of this what type of coverage limitations depending upon the situation of the student's home, coverage may be limited and or its certain additional exclusions may need to be added back to the a parent's homeowners' policy.



[K] of Ohio providers of MY SPACE™ Bail Bonds & Insurance [...] Driving Tips and Helpful Holiday Services to it's existing clients this Holiday...

[...order from www.MySPACESR22.com [...] safe driving tips [...]

**PHENOMENONLICENSING** [...] with people over [...]

[...]

[...]

1. Do NOT drink and drive. "In OHIO, the legal limit is .08%. However, if you have had a drink, do not drive home. You are always safer taking a taxi and getting your car in the morning," according to Mitchell.

2. Buckle up

3. Pay attention.

4. Do not speed. Speed is deadly and causes many accidents.

5. Do not ignore stop signs and red lights. This is something so simple, but causes so many accidents. Stop when the light is red.

6. Avoid the blind spots of big rigs. "These are professional drivers and many of them are safe, but you need to give them ample room and make sure they can see you," Mitchell said. He suggested using your lights when you are near big rigs, even during the day.

7. Slow down at night.

8. Plan your trip. Make sure you know where you are going and you have a map or directions.

9. Read the rules of other states. If you are going to drive in another state, make sure you know their laws. Some states have differences and you need to be aware of these.

10. Avoid potential road rage situations. "It is not worth the risk. Drive on and let the other person be mad," Mitchell said.

After seeing thousands of accidents, Mr. Mitchell believes that following these tips, especially during this busy holiday season, will reduce the number of accidents and save lives. If you are involved in an accident, Mitchell has a list of things you must do after an accident that are essential to you before filing your claim.

As a Christmas reward to our loyal customers we will post any surety bail bonds for qualified customers up to $10,000.00 FREE of CHARGE if they cannot make bail between the dates of December 24th and 26th.

For more information on easy options on insurance visit our website at www.MySPACEsr22.com

## About us

You can learn more about us by visiting our website at www.MySPACEsr22.com or call us on the Ohio Personal Injury Association tipline launching October 2010



MY SPACE™ ship MOBILE returns says Donnell Mitchell

# EXHIBIT E

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Nov 2 04:06:15 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | | NEXT LIST | BOTTOM | HELP |

Logout | *Please logout when you are done to release system resources allocated for you.*

Start List At:    OR Jump to record:

# 6886 Records(s) found (This page: 1 ~ 50)

Refine Search (live)[LD] AND (my)[COMB]    Submit

Current Search: S2: (live)[LD] AND (my)[COMB] docs: 6886 occ: 22149

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 79036178 | | MYO2 | TARR | LIVE |
| 2 | 79037080 | | MYBIKE | TARR | LIVE |
| 3 | 79008662 | 3055719 | MYBOD BECAUSE IT'S THE ONLY ONE YOU'VE GOT | TARR | LIVE |
| 4 | 79043822 | | MY LABEL 3D FASHION PATTERN SOFTWARE | TARR | LIVE |
| 5 | 79032102 | | MY ROOM, MY MUSIC | TARR | LIVE |
| 6 | 79023312 | | CNC MAX | TARR | LIVE |
| 7 | 79043864 | | MYFHOME | TARR | LIVE |
| 8 | 79043834 | | MOY BANK | TARR | LIVE |
| 9 | 79043633 | | MY BANK | TARR | LIVE |
| 10 | 79022970 | | | TARR | LIVE |
| 11 | 79028000 | 3312842 | MY-SOUND | TARR | LIVE |
| 12 | 79014585 | | MYSPHERE | TARR | LIVE |
| 13 | 79027710 | | INGELVAC MYCOFLEX | TARR | LIVE |
| 14 | 79025213 | | MY DADDY FIXES | TARR | LIVE |
| 15 | 79022755 | 3265312 | MYLINK | TARR | LIVE |
| 16 | 79019839 | 3253897 | MY EYES | TARR | LIVE |
| 17 | 79012986 | 3283169 | MY FEET SO SWEET SYDNEY | TARR | LIVE |
| 18 | 79024719 | 3302779 | MYLIMS | TARR | LIVE |
| 19 | 79018319 | 3302699 | MYNAV | TARR | LIVE |
| 20 | 79035919 | | BABIDU MI PRIMERA ROPITA | TARR | LIVE |
| 21 | 79042864 | | MY BASICS WOMEN'SECRET | TARR | LIVE |
| 22 | 79034710 | | LINGUAMÓN CASA DE LES LLENGÜES | TARR | LIVE |
| 23 | 79038446 | | MY ANCESTRAL WHEEL THE GENEALOGY DISPLAY BOARD | TARR | LIVE |

| | | | | | |
|---|---|---|---|---|---|
| 24 | 79037880 | | MYENGLISHCV | TARR | LIVE |
| 25 | 79026830 | 3298275 | MY OWN TV | TARR | LIVE |
| 26 | 79018478 | 3298173 | MYPIXX | TARR | LIVE |
| 27 | 79017023 | 3117425 | OMYGOD | TARR | LIVE |
| 28 | 79042216 | | MY FAVOURITE MONTH | TARR | LIVE |
| 29 | 79042167 | | NEWSMY | TARR | LIVE |
| 30 | 79028015 | | IGO MY WAY. | TARR | LIVE |
| 31 | 79035799 | | MA CHER | TARR | LIVE |
| 32 | 79028130 | | MYPILOT | TARR | LIVE |
| 33 | 79028129 | | MYCOM | TARR | LIVE |
| 34 | 79019203 | 3288294 | MYDOLLAR | TARR | LIVE |
| 35 | 79041626 | | MY SONG | TARR | LIVE |
| 36 | 79041573 | | MY JEWEL VAULT | TARR | LIVE |
| 37 | 79038599 | | MY ELEPHANT BITES | TARR | LIVE |
| 38 | 79040854 | | MYMETIER | TARR | LIVE |
| 39 | 79038212 | | MON SIRE | TARR | LIVE |
| 40 | 79039537 | | MYMUSICRIGHTS | TARR | LIVE |
| 41 | 79032194 | | MYCUBE | TARR | LIVE |
| 42 | 79022077 | 3272559 | MY FAVOURITE PAPER I | TARR | LIVE |
| 43 | 79039357 | | BUCKLE MY SHOE | TARR | LIVE |
| 44 | 79037927 | | MY VICE | TARR | LIVE |
| 45 | 79038647 | | MY TICKETS.COM.AU | TARR | LIVE |
| 46 | 79038282 | | MPP MA PETITE PRINCESSE | TARR | LIVE |
| 47 | 79038254 | | MYLIFEWARE | TARR | LIVE |
| 48 | 79031322 | 3252093 | AGAINST MY KILLER | TARR | LIVE |
| 49 | 79037829 | | MY TEAMWORK | TARR | LIVE |
| 50 | 79011140 | 3079948 | MY WAY | TARR | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  NEXT LIST  TOP  HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT F

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Nov 2 04:08:15 EDT 2007

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | | NEXT LIST | REFINE | HELP |

**Logout** | Please logout when you are done to release system resources allocated for you.

**Start** List At:      OR **Jump** to record:      **2221 Records(s) found (This page: 1 ~ 50)**

Refine Search (live)[LD] AND (space)[COMB]      **Submit**

Current Search: S3: (live)[LD] AND (space)[COMB] docs: 2221 occ: 6298

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 79032870 | | SYNGO WEBSPACE | TARR | LIVE |
| 2 | 79039447 | | FASHIONSPACE | TARR | LIVE |
| 3 | 79018037 | 3307441 | IMMERSIVE WORKSPACE | TARR | LIVE |
| 4 | 79039756 | | AZURSPACE | TARR | LIVE |
| 5 | 79024410 | 3256683 | TSPACE | TARR | LIVE |
| 6 | 79034298 | 3303001 | SHENG YU | TARR | LIVE |
| 7 | 79037349 | | ESPACE-TEMPS | TARR | LIVE |
| 8 | 79042426 | | ZAPPSPACE | TARR | LIVE |
| 9 | 79042292 | | BPMSPACE | TARR | LIVE |
| 10 | 79030157 | | SPACEBOX | TARR | LIVE |
| 11 | 79039757 | | AZURSPACE | TARR | LIVE |
| 12 | 79033088 | | PRESTO SPACE | TARR | LIVE |
| 13 | 79022530 | 3237655 | LA SPAZIALE | TARR | LIVE |
| 14 | 79016358 | 3233552 | SPACE DANCE | TARR | LIVE |
| 15 | 79016484 | 3230022 | SPACE POLE | TARR | LIVE |
| 16 | 79028304 | | SPACE ALLIANCE | TARR | LIVE |
| 17 | 79016452 | 3220260 | GUY ELLIA TIME SPACE | TARR | LIVE |
| 18 | 79016228 | 3213812 | SPACE NK BLUE | TARR | LIVE |
| 19 | 79016135 | 3130149 | SPACE BACK | TARR | LIVE |
| 20 | 79011615 | 3209312 | TIERPARK DÄHLHÖLZLI BERN MEHR PLATZ FÜR WENIGER TIERE | TARR | LIVE |
| 21 | 79017214 | 3194523 | MULTISPACESALON | TARR | LIVE |
| 22 | 79023254 | 3189697 | AEROSPACE | TARR | LIVE |
| 23 | 79013278 | 3181136 | SPACE NK MELODRAMA | TARR | LIVE |

| 24 | 79018179 | 3159171 | SPACE TEST & SERVICE EQUIPMENT | TARR | LIVE |
|----|----------|---------|-------------------------------|------|------|
| 25 | 78003141 | 3021121 | MAXISPACE | TARR | LIVE |
| 26 | 79004177 | 2940266 | SNOWSPACE | TARR | LIVE |
| 27 | 78000155 | 2965357 | L'ESPACE YON KA PARIS | TARR | LIVE |
| 28 | 78908700 | | SPACE-METRICS DESIGN SOLUTIONS | TARR | LIVE |
| 29 | 78778098 | | SAFESPACE | TARR | LIVE |
| 30 | 78967815 | | SPACEARIUM | TARR | LIVE |
| 31 | 78889855 | | 5 KEYS TO SPACE CUSHION DRIVING | TARR | LIVE |
| 32 | 78956781 | 3324637 | LIFESPACE | TARR | LIVE |
| 33 | 78956452 | 3328164 | RENT-A-SPACE | TARR | LIVE |
| 34 | 78941930 | 3324553 | BRIGHT SPACES | TARR | LIVE |
| 35 | 78939680 | 3324542 | BRIGHT SPACES | TARR | LIVE |
| 36 | 78766484 | 3324013 | COPYSPACE | TARR | LIVE |
| 37 | 78762611 | 3326897 | MYCOUNTERSPACE | TARR | LIVE |
| 38 | 78755076 | 3326847 | THINSPACE | TARR | LIVE |
| 39 | 78816630 | | SPACE CODESIGN | TARR | LIVE |
| 40 | 78960994 | | MORE SPACE INSTANTLY | TARR | LIVE |
| 41 | 78888347 | | SPACE MERMAID | TARR | LIVE |
| 42 | 78813038 | | PERSONAL SPACE STATION | TARR | LIVE |
| 43 | 78803067 | | WWW.MYCARSSPACE.COM WHERE YOUR CAR IS THE STAR!!! | TARR | LIVE |
| 44 | 78763556 | | MULTI-SPACE | TARR | LIVE |
| 45 | 78660646 | 3320201 | SHOWCASE YOUR SPACE | TARR | LIVE |
| 46 | 78503904 | | MEDBUILD SPACE SOLUTIONS | TARR | LIVE |
| 47 | 78907484 | | MOMSPACE | TARR | LIVE |
| 48 | 78545629 | | SMALL SPACES | TARR | LIVE |
| 49 | 78943993 | | PRO SPACE | TARR | LIVE |
| 50 | 78820549 | | { SPACE TO CREATE } | TARR | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    NEXT LIST    TOP    HELP

# EXHIBIT G

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Nov 2 04:08:15 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | | | BOTTOM | HELP |

**Logout** *Please logout when you are done to release system resources allocated for you.*

**Start** List At:     OR **Jump** to record:

### 88 Records(s) found (This page: 1 ~ 88)

Refine Search (My)[BI] and (space)[BI]     **Submit**

Current Search: S4: (My)[BI] and (space)[BI] docs: 88 occ: 228

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78762611 | 3326897 | MYCOUNTERSPACE | TARR | LIVE |
| 2 | 78803067 | | WWW.MYCARSSPACE.COM WHERE YOUR CAR IS THE STAR!!! | TARR | LIVE |
| 3 | 78755448 | 3210717 | MYRACKSPACE | TARR | LIVE |
| 4 | 78973888 | | MY TOE SPACE PILLOW | TARR | LIVE |
| 5 | 78862212 | | MY SPACE OR YOUR SPACE, YOUR SPACE OR MY SPACE. | TARR | DEAD |
| 6 | 78978766 | 3295810 | MYSPACE RECORDS | TARR | LIVE |
| 7 | 78919370 | | MYSPACE IMPACT AWARDS | TARR | LIVE |
| 8 | 78738140 | | MYSPACE RECORDS | TARR | LIVE |
| 9 | 78709778 | 3183162 | MYSPACE A PLACE FOR FRIENDS | TARR | LIVE |
| 10 | 78706975 | 3183151 | MYSPACE | TARR | LIVE |
| 11 | 78951810 | | MYSPACE FRIDAYS | TARR | DEAD |
| 12 | 78951153 | | MYSPACEHUNTER | TARR | DEAD |
| 13 | 78857701 | | MOS | TARR | LIVE |
| 14 | 78914936 | | MY SPACE MAGAZINE | TARR | DEAD |
| 15 | 78916292 | | MYSEXSPACE | TARR | DEAD |
| 16 | 78892477 | | MY CLOSING SPACE | TARR | LIVE |
| 17 | 78850229 | | MY PHONE SPACE | TARR | DEAD |
| 18 | 78856427 | | ADVENTURES IN MYSPACE | TARR | DEAD |
| 19 | 78847281 | | MYRESUMESPACE | TARR | DEAD |
| 20 | 78842975 | | MYSPACE | TARR | DEAD |
| 21 | 78833910 | | MYRAINBOWSPACE.COM A PLACE FOR PRIDE | TARR | DEAD |
| 22 | 78827127 | 3173351 | MY SAFE SPACE | TARR | LIVE |
| 23 | 78544871 | 3156352 | I NEED MY SPACE | TARR | LIVE |

| 24 | 78901520 |         | MY SPACE YOUR SPACE                                | TARR | LIVE |
|----|----------|---------|---------------------------------------------------|------|------|
| 25 | 78583625 |         | MY SPACE                                          | TARR | LIVE |
| 26 | 78542347 | 3065532 | MAKEOVER MY SPACE                                 | TARR | LIVE |
| 27 | 78334714 | 2911041 | MYSPACE                                           | TARR | LIVE |
| 28 | 78332042 | 3246099 | MY SPACE                                          | TARR | LIVE |
| 29 | 78118878 | 2858781 | MY SPACE                                          | TARR | LIVE |
| 30 | 78487741 |         | MY OWN SPACE                                      | TARR | DEAD |
| 31 | 77310449 |         | MY SPACE                                          | TARR | LIVE |
| 32 | 77002726 |         | MYWAKESPACE.COM                                   | TARR | LIVE |
| 33 | 77210963 |         | MYSPACE A PLACE FOR FRIENDS                       | TARR | LIVE |
| 34 | 77045166 |         | MY MALL SPACE                                     | TARR | DEAD |
| 35 | 77032582 | 3319279 | MYRVSPACE.COM                                     | TARR | LIVE |
| 36 | 77066141 |         | MYPAYSPACE                                        | TARR | LIVE |
| 37 | 77302615 |         | MY SPACE HOME FURNISHINGS                         | TARR | LIVE |
| 38 | 77111349 |         | MY WELLNESS SPACE.COM "YOUR SPACE TO BE WELL"     | TARR | DEAD |
| 39 | 77210941 |         | MYSPACE A PLACE FOR FRIENDS                       | TARR | LIVE |
| 40 | 77210923 |         | MYSPACE A PLACE FOR FRIENDS                       | TARR | LIVE |
| 41 | 77197303 |         | MYSPACE SECRET SHOWS                              | TARR | LIVE |
| 42 | 77197269 |         | MYSPACE SECRET SHOWS                              | TARR | LIVE |
| 43 | 77105626 |         | ARTIST ON ARTIST MYSPACE.COM                      | TARR | LIVE |
| 44 | 77145676 |         | MY SPACE                                          | TARR | LIVE |
| 45 | 77185418 |         | MYHIGHSPACE A PLACE TO GET HIGH                   | TARR | DEAD |
| 46 | 77087957 |         | MYREPSPACE                                        | TARR | LIVE |
| 47 | 77287263 |         | MYSPACETV.COM                                     | TARR | LIVE |
| 48 | 77054480 |         | MYSPACE.COM A PLACE FOR FRIENDS                   | TARR | LIVE |
| 49 | 77054428 |         | MYSPACE                                           | TARR | LIVE |
| 50 | 77104101 |         | MYSPACE SECRET STAND-UP                           | TARR | LIVE |
| 51 | 77104082 |         | MYSPACE SECRET STAND-UP                           | TARR | LIVE |
| 52 | 77075505 |         | MYSPACE RECONSTRUCTED                             | TARR | LIVE |
| 53 | 77007582 | 3284330 | MYSPACE                                           | TARR | LIVE |
| 54 | 77008524 |         | MYMARKETSPACE                                     | TARR | LIVE |
| 55 | 77249323 |         | MYSPACE A PLACE FOR FASHION                       | TARR | LIVE |
| 56 | 77212136 |         | MYSPACE A PLACE FOR FILM                          | TARR | LIVE |
| 57 | 77212124 |         | MYSPACE A PLACE FOR BOOKS                         | TARR | LIVE |
| 58 | 77211876 |         | MYSPACE A PLACE FOR MUSIC                         | TARR | LIVE |
| 59 | 77211863 |         | MYSPACE A PLACE FOR HIP HOP                       | TARR | LIVE |
| 60 | 77211855 |         | MYSPACE A PLACE FOR COMEDY                        | TARR | LIVE |
| 61 | 77211843 |         | MYSPACE A PLACE FOR FRIENDS                       | TARR | LIVE |
| 62 | 77038608 |         | MYSPACE                                           | TARR | DEAD |
| 63 | 77241248 |         | REDESIGN MY SPACE                                 | TARR | LIVE |
| 64 | 77216452 |         | I NEED MY SPACE                                   | TARR | LIVE |
| 65 | 77093548 |         | MYBUSINESSSPACE                                   | TARR | LIVE |
| 66 | 77212146 |         | MY STORAGE SPACE SAFE.SIMPLE.SECURE.              | TARR | LIVE |

| 67 | 77070732 | | MY SPACE | TARR | LIVE |
|----|----------|---|----------|------|------|
| 68 | 77208641 | | MY SPACE 4 PETS.COM | TARR | LIVE |
| 69 | 77181981 | | MYSPACECNN | TARR | LIVE |
| 70 | 77138725 | | RATE MY SPACE | TARR | LIVE |
| 71 | 77100071 | | MYBENCHSPACE | TARR | LIVE |
| 72 | 77086011 | | MY SPACE, MY BODY, MY SOUL | TARR | LIVE |
| 73 | 77072089 | | MYPETSPACE | TARR | LIVE |
| 74 | 77062867 | | MYWORKSPACE | TARR | LIVE |
| 75 | 76661383 | | RENOVATE MY SPACE | TARR | DEAD |
| 76 | 76626698 | | SPACEQUEST!: EXPLORING MY MISSION WITH JESUS | TARR | DEAD |
| 77 | 76624139 | 3134719 | MOS MY OWN SPACE | TARR | LIVE |
| 78 | 76248456 | | MYSCHOOLSPACE | TARR | DEAD |
| 79 | 76375328 | 2792415 | MYSPACE | TARR | LIVE |
| 80 | 76307213 | | MY SPACE | TARR | DEAD |
| 81 | 76177240 | | MY PAPERSPACE | TARR | DEAD |
| 82 | 76037477 | | MYPRIVATESPACE | TARR | DEAD |
| 83 | 75916210 | | MY CHASESPACE | TARR | DEAD |
| 84 | 75612755 | | MYSPACE | TARR | DEAD |
| 85 | 75329019 | 2593333 | MYSPACE | TARR | LIVE |
| 86 | 74189601 | | MY SPACE | TARR | DEAD |
| 87 | 74178670 | | MY SPACE | TARR | DEAD |
| 88 | 74020553 | | MY SPACE | TARR | DEAD |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG                              TOP    HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT H

# MySpace

| | |
|---|---|
| **Word Mark** | MYSPACE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: data processors and user input and output devices; computers; computer software with a security function for PC and network security |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 75329019 |
| **Filing Date** | July 23, 1997 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 44D |
| **Published for Opposition** | April 23, 2002 |
| **Registration Number** | 2593333 |
| **Registration Date** | July 16, 2002 |
| **Owner** | (REGISTRANT) MYSPACE AKTIEBOLAG CORPORATION SWEDEN SVEAVAGEN 33 111 34 STOCKHOLM SWEDEN |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | CHARLOTTE DANIELSSON CHANG |
| **Priority Date** | January 23, 1997 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **MYSPACE** |
| **Goods and Services** | IC 020. US 002 013 022 025 032 050. G & S: Furniture. FIRST USE: 20020900. FIRST USE IN COMMERCE: 20021000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76375326 |
| **Filing Date** | February 25, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 12, 2002 |
| **Registration Number** | 2792415 |
| **Registration Date** | December 9, 2003 |
| **Owner** | (REGISTRANT) BUSH INDUSTRIES, INC. CORPORATION DELAWARE One Mason Drive P.O. Box 460 Jamestown NEW YORK 147020460 |
| **Attorney of Record** | William H. Logsdon |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **MY SPACE** |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: HYGIENE ITEMS FOR PERSONAL USE, NAMELY HAND SOAPS, BODY SOAPS, LOTIONS, CONDITIONERS, FRAGRANCES. FIRST USE: 20040101. FIRST USE IN COMMERCE: 20040101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78118878 |
| **Filing Date** | April 2, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 12, 2003 |
| **Registration Number** | 2858781 |
| **Registration Date** | June 29, 2004 |
| **Owner** | (REGISTRANT) Hanna's Candle Company CORPORATION ARKANSAS 2700 S. Armstrong Ave. Fayetteville ARKANSAS 72701 |
| **Attorney of Record** | Trent Keisling |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

# MY SPACE

| | |
|---|---|
| **Word Mark** | **MY SPACE** |
| **Goods and Services** | IC 020. US 002 013 022 025 032 050. G & S: Closet and pantry organizers comprised of shelves, brackets, rods, hangers, hooks, baskets, drawers and racks and parts and fittings for aforesaid goods |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78332042 |
| **Filing Date** | November 24, 2003 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 1B;44D |
| **Published for Opposition** | September 13, 2005 |
| **Registration Number** | 3246099 |
| **Registration Date** | May 29, 2007 |
| **Owner** | (REGISTRANT) Peak Innovations Inc. CORPORATION CANADA Legal Department 11782 Hammersmith Way Suite 203 Richmond, British Columbia CANADA V7A 5E2 |
| **Priority Date** | May 26, 2003 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

# MAKE OVER MY SPACE

| | |
|---|---|
| **Word Mark** | MAKEOVER MY SPACE |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Dolls, dollhouses, and hobby craft kits for making dolls. FIRST USE: 20050507. FIRST USE IN COMMERCE: 20050507 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78542347 |
| **Filing Date** | January 5, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 13, 2005 |
| **Registration Number** | 3065532 |
| **Registration Date** | March 7, 2006 |
| **Owner** | (REGISTRANT) Fibre-Craft Materials Corporation CORPORATION DELAWARE 6310 West Touhy Avenue Niles ILLINOIS 607144636 |
| **Attorney of Record** | Angelo J. Bufalino |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

# I NEED MY SPACE

| | |
|---|---|
| **Word Mark** | I NEED MY SPACE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Business and residential organization and relocation services, namely, planning and implementing moves of homes and offices; organizational services for business, office, home or personal purposes, namely, organizing underutilized space, papers, filings, and personal and business schedules. FIRST USE: 19970307. FIRST USE IN COMMERCE: 19970307 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78544871 |
| **Filing Date** | January 10, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 25, 2006 |
| **Registration Number** | 3156352 |
| **Registration Date** | October 17, 2006 |
| **Owner** | (REGISTRANT) I Need My Space, Inc. CORPORATION NEW YORK 53 Fernwood Road Larchmont NEW YORK 10538 |
| **Attorney of Record** | Dana R. Kaplan, Esq. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

# RATE MY SPACE

| | |
|---|---|
| **Word Mark** | **RATE MY SPACE** |
| **Goods and Services** | IC 041. US 100 101 107. G & S: ENTERTAINMENT SERVICES IN THE NATURE OF AN ON-GOING PROGRAM FEATURING HOME ENVIRONMENTS AND LIVING AREAS BROADCAST OVER TELEVISION, VIA SATELLITE, AND THROUGH OTHER AUDIOVISUAL MEDIA DISTRIBUTED OVER AUDIO AND VIDEO MEDIA |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77136725 |
| **Filing Date** | March 21, 2007 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 19, 2008 |
| **Owner** | (APPLICANT) Scripps Networks, LLC. LTD LIAB CO DELAWARE 9721 Sherrill Boulevard Knoxville TENNESSEE 37932 |
| **Attorney of Record** | Willard A. Stanback |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

# EXHIBIT I

*American Heritage Dictionary* - Cite This Source - *Share This*

# my ◉ ◀)) (mī) Pronunciation Key

adj. The possessive form of I¹.

1. Used as a modifier before a noun: *my boots; my accomplishments.*
2. Used preceding various forms of polite, affectionate, or familiar address: *My friend, you are so right.*
3. Used in various interjectional phrases: *My word! My goodness!*

interj. Used as an exclamation of surprise, pleasure, or dismay: *Oh, my! What a tiring day!*

[Middle English mi, from Old English mīn; see me-¹ in Indo-European roots. Interj., short for My God!.]

(Download Now or Buy the Book)
*The American Heritage® Dictionary of the English Language, Fourth Edition*
*Copyright © 2006 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

*American Heritage Dictionary* - Cite This Source - *Share This*

# space ◉ ◀)) (spās) Pronunciation Key

n.

1.
    a. *Mathematics* A set of elements or points satisfying specified geometric postulates: *non-Euclidean space.*
    b. The infinite extension of the three-dimensional region in which all matter exists.
    c. The expanse in which the solar system, stars, and galaxies exist; the universe.
    d. The region of this expanse beyond Earth's atmosphere.
    e. An extent or expanse of a surface or three-dimensional area: *Water covered a large space at the end of the valley.*
    f. A blank or empty area: *the spaces between words.*
    g. An area provided for a particular purpose: *a parking space.*
    h. A period or interval of time.
    i. A little while: *Let's rest for a space.*
2.
    a. The expanse in which the solar system, stars, and galaxies exist; the universe.
    b. The region of this expanse beyond Earth's atmosphere.

  c. An extent or expanse of a surface or three-dimensional area: *Water covered a large space at the end of the valley.*

  d. A blank or empty area: *the spaces between words.*

  e. An area provided for a particular purpose: *a parking space.*

  f. A period or interval of time.

  g. A little while: *Let's rest for a space.*

3.

  a. An extent or expanse of a surface or three-dimensional area: *Water covered a large space at the end of the valley.*

  b. A blank or empty area: *the spaces between words.*

  c. An area provided for a particular purpose: *a parking space.*

  d. A period or interval of time.

  e. A little while: *Let's rest for a space.*

4. Reserved or available accommodation on a public transportation vehicle.

5.

  a. A period or interval of time.

  b. A little while: *Let's rest for a space.*

6. Sufficient freedom from external pressure to develop or explore one's needs, interests, and individuality: *"The need for personal space inevitably asserts itself" (Maggie Scarf).*

7. *Music* One of the intervals between the lines of a staff.

8. *Printing* One of the blank pieces of type or other means used for separating words or characters.

9. One of the intervals during the telegraphic transmission of a message when the key is open or not in contact.

10. Blank sections in printed material or broadcast time available for use by advertisers.

*Online Etymology Dictionary* - Cite This Source - *Share This*

## space (n.)

c.1300, "an area, extent, expanse, lapse of time," aphetic of O.Fr. espace, from L. spatium "room, area, distance, stretch of time," of unknown origin. Astronomical sense of "stellar depths" is first recorded 1667 in "Paradise Lost."

"Space isn't remote at all. It's only an hour's drive away if your car could go straight upwards." [Sir Fred Hoyle, "London Observer," 1979]

Typographical sense is attested from 1676 (typewriter space bar is from 1888). Space age is attested from 1946; spacewalk is from 1965. Many compounds first appeared in science fiction and speculative writing, e.g. spaceship (1894, "Journey in Other Worlds"); spacesuit (1920); spacecraft (1930, "Scientific American"); space travel (1931); space station (1936, "Rockets Through Space"); spaceman (1942, "Thrilling Wonder Stories;" earlier it meant "journalist paid by the length of his copy," 1892). Spacious is attested from 1382.

# EXHIBIT J



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Mar 8 04:13:08 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | MY CHASESPACE |
| **Goods and Services** | (ABANDONED) IC 036. US 100 101 102. G & S: BANKING AND FINANCIAL SERVICES, NAMELY, A WEB-BASED PORTAL APPLICATION FOR ACCESSING FINANCIAL NEWS AND INFORMATION, VIA A GLOBAL COMPUTER NETWORK. FIRST USE: 20000119. FIRST USE IN COMMERCE: 20000119 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75916210 |
| **Filing Date** | February 11, 2000 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Chase Manhattan Corporation, The CORPORATION DELAWARE 270 Park Avenue New York NEW YORK 100172070 |
| **Attorney of Record** | Ethan Horwitz |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | May 2, 2001 |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

5555/3G069

The Chase Manhattan Corporation
270 Park Avenue
New York, NY  10017-2070

Services:    BANKING AND FINANCIAL SERVICES, NAMELY, A WEB-BASED
             PORTAL APPLICATION FOR ACCESSING FINANCIAL NEWS AND
             INFORMATION, VIA A GLOBAL COMPUTER NETWORK.

Class:       36

Based on Intent-to-Use

MY CHASESPACE

||||||||||||||||||||||||||||||

02-11-2000
U S Patent & TMOfc/TM Mail Rcpt Dt #22

M \5555\3O\x\\ i\\ 3010 W7O

- 4 -

**TRADEMARK**
||||||||||||||||||||||||||
75916210

TRADEMARK APPLICATION SERIAL NO. ____ 75916210

## U.S. DEPARTMENT OF COMMERCE
## PATENT AND TRADEMARK OFFICE
## FEE RECORD SHEET

02/16/2000 THINTGH  00000109 75916210

01 FC:361                325.00 OP

PTO-1555
(5/87)

EXPRESS MAIL CERTIFICATE

Date 2/11/00 Label No EL 503241375

I hereby certify that, on the date indicated above I
deposited this paper or fee with the U.S. Postal Service
and that it was addressed for delivery to the Assistant
Commissioner For Trademarks, 2900 Crystal Drive,
Arlington, Virginia 22202-3513 by "Express Mail Post
Office to Addressee" service.

_A. DiCullo of DiCullo_

Name (Print)                              Signature

File No: 5555/3G069

**DARBY & DARBY P.C.**
805 Third Avenue
New York, NY 10022
212-527-7700

Date: February 11, 2000

Assistant Commissioner For Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

Sir:

Enclosed please find the following application for service mark registration

based on intent-to- use:

Applicant:     THE CHASE MANHATTAN CORPORATION

Mark:          **MY CHASESPACE**

Class:         36

Drawing:       Formal          Typed **X**

Filing Fee:    Check in amount of $325.00.

Respectfully submitted,

DARBY & DARBY P.C.

_Randi S. Miller_

Attorney: Randi S. Miller

EXPRESS MAIL CERTIFICATE
Date 2/11/00 Label No. EC 5 0 3 2 4 1 3 7 5
I hereby certify that, on the date indicated above I
deposited this paper or fee with the U.S. Postal Service
and that it was addressed for delivery to the Assistant
Commissioner For Trademarks, 2900 Crystal Drive,
Arlington, Virginia 22202-3513 by "Express Mail Post
Office to Addressee" service.

Name (Print)                 Signature

**File No.: 5555/3G069**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### APPLICATION FOR SERVICE MARK
### REGISTRATION ON PRINCIPAL REGISTER
### BASED ON INTENT-TO-USE

|  |  |  |
|---|---|---|
| Mark: | **MY CHASESPACE** | |
| Class: | 36 | |

To Assistant Commissioner
   For Trademarks:

Applicant:                    THE CHASE MANHATTAN CORPORATION

State of Incorporation:       Delaware

Business Address:             270 Park Avenue
                              New York, NY  10017-2070

       The above-identified applicant has a bona fide intention to use the mark,

shown in the accompanying drawing, in commerce on or in connection with the

following services: BANKING AND FINANCIAL SERVICES, NAMELY, A WEB-BASED

PORTAL APPLICATION FOR ACCESSING FINANCIAL NEWS AND INFORMATION, VIA

A GLOBAL COMPUTER NETWORK in class 36; and requests that said mark be

registered in the United States Patent and Trademark Office on the Principal Register in accordance with Section 1(b) of the Trademark Act.

The mark is intended to be used by displaying it on computer screen prints, in advertisements, brochures, promotional materials and in various other ways customary in the trade or in connection with the services to be rendered.

Applicant hereby appoints Ethan Horwitz and Kandis M. Kahn, members of the Bar of the State of New York, with offices at Darby & Darby P.C., 805 Third Avenue, New York, NY 10022, its attorneys, each with full power of association, revocation and substitution, to prosecute this application and to transact all business in the Patent and Trademark Office in connection therewith.

## DECLARATION

I, Anthony J. Horan, declare:

I am Secretary, and as such, an officer of applicant corporation and am authorized to execute this declaration on behalf of said corporation; I believe said corporation to be entitled to use the mark sought to be registered in commerce; to the best of my knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the services of such other person, to cause confusion, or to cause mistake, or to deceive; all statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the U. S. Code and that such

willful false statements may jeopardize the validity of the application or document or

any registration resulting therefrom.

**THE CHASE MANHATTAN CORPORATION**

By_____

    Name: Anthony J. Horan
    Title: Secretary

Date: __January 31, 2000__