# EXHIBIT K

Dockets.Justia.com

# MYSPACE® Prepaid Gift and Debit Cards

## MYSPACE® ship Prepaid Visa Cards are Coming Soon!



Visit our official website at www.MySPACEship.cc (Credit Card)

Myspace® brand Debit Gift cards and Sunglasses are all registered trademarks of their company. Myspace Prepaid cards are in no way sponsored, affiliated nor associated with Myspace.com




## Check your Gift Card balance 24 hours a day 7 days a week.

The Myspace products listed above are Myspace Prepaid Cards that categorize in the current inventory. Our new Myspace® E Gift and Debit Cards are on the way to a retail near you.

## Available Nationwide our new Prepaid Cards are Coming Soon!



### About Myspace® Credit, Debit and Gift card programs.

is an online resource where consumers can order Myspace® branded prepaid debit and gift cards for family and friends.

Consumers will be able to select, order and purchase their choice of prepaid debit and gift cards on our easy to navigate web site. Our gift cards will also be available at major retail locations.

Our mission is to provide consumers with quick easy access to a wide range of Myspace® debit and gift cards. Our products are expected to be used by over 19,000,000 pre-teens, teens and college students by 2009 one of today's most sophisticated consumers. In 2010 our company will offer low interest rate credit cards, college student cards and instant approval credit cards.

  

**Visit our official website at www.MySPACEship.cc (Credit Card)**

Click Here "2008 really will be the year of the spaceship," said British entrepreneur Sir Richard Branson

The IC of Ohio is an authorized agent of MyspacePrepaid.com and is in no way partnered, affiliated nor associated with MySpace.com

## Myspace Prepaid Surveys Teens
### *Reports on Findings of Teen Gift Card Survey*

CLEVELAND, OHIO (September 9, 2007) Myspace Prepaid Solutions has released the results of a survey of 527 college bound teenagers. One of the key findings of the survey is that 98 percent of all teens between the ages of 14 and 19 have either bought or received a gift card. Commissioned by the national gift card supplier and transaction processor, the survey reveals that in 2007 teens purchased almost double the number of gift cards they did in 2006 (7.6 vs. 4.3 cards — a 77 percent increase). Further, the average loaded dollar amount on cards given went from $28 to $33.

Teens also reported that nearly one-half (46 percent) of the presents they give are gift cards — a twelve percent increase from 2006. Males are still more likely to give gift cards (50 percent) than females (43 percent), but these electronic cards packed with cash are becoming a more popular gift option every year.

"As our young people gain more financial freedom, we get a good idea of how they choose to spend their own money," said Lee Mitchell, executive president and general manager of MPS. "Teens are growing up with gift cards receiving them, gifting them and using them for personal purchases. So gift cards continue to gain popularity with this sought-after group of consumers, and are becoming synonymous with their gifting culture. The information in this survey represents very good news for retailers."
According to the survey, while cash is mentioned most often as the preferred gift, an equal number of teens rank cash (81 percent) and gift cards (79 percent) first or second, compared to the 40 percent who prefer receiving actual items.

And once they get a gift card, teens are ready to spend. Sixty-two percent of teens say that they hold on to their gift cards for one month or less before using them. Only one in 10 (11 percent) says that they keep a gift card for more than two months before using it the first time.

When using gift cards, teens also spend more than the card's value. Eighty-nine percent of teens add some of their own money when making a purchase with a gift card. Once they've depleted the funds on their card, some teens are going back for more. While still a growing trend, one in five teens has reloaded a gift card — on average with $24.

"Cards are being reloaded for future use and convenience," said Mitchell. "From a parent's perspective, it's a great way to control where your teen spends his or her money. From our young people's perspectives, it's a way to maintain financial freedom when making purchases — especially when they don't have their own credit or debit card yet."

Other key findings from the survey:
• Among teens who have purchased gift cards, three-quarters (76 percent) have purchased cards for others. Two in five teens (42 percent) have purchased cards for themselves. Young men (46 percent) are more likely than young women (38 percent) to have purchased gift cards for personal use.
• Gift card malls, a collection of various retailers' gift cards typically found in convenience or grocery stores, continue to gain acceptance. Forty-five percent (up from 29 percent in 2006) of teens say they have purchased a gift card at a gift card mall and 21 percent (up from 11 percent in 2006) say they prefer to buy them there.
• If the gift card a teen wished to purchase was not available at a gift card mall, almost half of teens (49 percent) would have gone to the specific retail store to purchase a gift card. Two in five teens (42 percent) would have simply chosen to purchase a different gift card at the gift card mall.
• Respondents report that approximately four in 10 gifts they receive (43 percent) are gift cards. On average, teens report that the gift cards they receive are loaded with $25 per card.
• Teens surveyed reported spending an average of $101 yearly on gifts.

The survey was conducted online between June 29 - July 2, 2007 involving (527) 14 - 19 year-old students who plan to attend college or are currently attending their first year. They have also previously purchased or received a gift card.

*Source: MPS (www.myspaceprepaid.com)*

## IC of Ohio Inc re-launches Myspace® Prepaid Solutions Debit and ...

IC of Ohio Inc re-launches Myspace® Prepaid Solutions Debit and ... PR Leap (press release), CA - 17 hours ago Commissioned by Myspace® Prepaid Solutions, ...
myspacedate.info ?p 95 - 14k - Cached - Similar pages

## Buy prepaid gift card

The Prepaid Press Commissioned by Myspace Prepaid Solutions, a national gift card ... IC of Ohio Inc re-launches MyspaceÂ® Prepaid Solutions Debit and ...
groups-beta.google.com/group/bycard/web buy -prepaid-gift-card.htm - 11k - Cached - Similar pages

## The Prepaid Press

IC of Ohio Inc Re-Launches Myspace Prepaid Solutions * Kajeet Raises $36.8M In Series B Round of Funding * Virgin Mobile USA and UTStarcom Unveil Super ...
www.prepaid-press.com/?idedition  54 - 43k - Cached - Similar pages

## MarkaBoo :: Recent Bookmarks

Hack myspace - IC of Ohio Inc re-launches Myspace® Prepaid Solutions (no comments). 3 Categories: myspace hack hack myspace. Updated by wissolo1 51 days ago ...
www.markaboo.com/bookmarks/hack ' myspace - 49k - Cached - Similar pages

## iPhone Price Is Slashed $200, First Customers Given $100 Gift Card ...

IC of Ohio Inc re-launches Myspace® Prepaid Solutions Debit and ... PR Leap (press release), CA - 14 hours ago September 9th, 2007 — According to a recent ...
www.gift-card-guide.com/.../09/iphone-price-is-slashed-200-first-customers-given-100-gift-card-abc-news/ - 19k - Cached - Similar pages

## UC struggles for acceptance - America's Network

IC of Ohio Inc re-launches Myspace® Prepaid Solutions Debit and ... PR Leap (press release), CA -4 hours ago "Teens are growing up with gift cards receiving ...
studentcar-loan.info/solutions-using - 24k - Cached - Similar pages

LICENSING 2007

DONNELL MITCHELL
MYSPACE PREPAID ☐
CLEVELAND, OH

3669            ATTENDEE

MYSPACE
890 1234

LICENSING
INTERNATIONAL EXPO

June 19-21, 2007  Javits Convention C

www.lice




**LICENSING BOOK**
BUILDING BUSINESS THROUGH PARTNERSHIPS

For reservations and information,
go to continental.com.

Continental

**BOARDING PASS**

Continental

Seat 16A

A4 16A

Please USE GREAT CARE information on the reverse of this boarding pass.
ETICKET

**LICENSING | 2007**
INTERNATIONAL EXPO
THE WORLD'S LICENSING & PROMOTION MARKETPLACE
June 19-21, 2007 · Javits Convention Center · New York City

**OFFICIAL SHOW DIRECTORY**

www.licensingshow.com

**LICENSING | 2007**
INTERNATIONAL EXPO

DONNELL MITCHELL
MYSPACE PREPAID
CLEVELAND, OH

ATTENDEE

**LICENSING | 2007**
INTERNATIONAL EXPO



MY SPACE Bail Bonds and Insurance P.O. Box 93343 Cleveland, Ohio 44101

Loans – Gift Cards – Bail Bonds & Insurance

Back to reclaim MY SPACE™

Need a Lawyer? Need Insurance?

Since 1997
call my cell phone anytime!

Watch clips from our MTV show at www.Youtube.com/RapOlympics

WE KEEP THE STARS FREE!

Loans - Gift Cards - Bail Bonds & Insurance

Back-to reclaim MY SPACE™

Not Guilty?

24 HR. BAIL BONDS
(Se Habla)

216-523-FREE

MY SPACE Bail Bondsmn Insurnce P.O. Box 93343 Clovela

Financial Services Mobile



216-323-FREE

Call my cell phone anytime!

Back to reclaim MY SPACE™

Loans – Gift Cards – Bail Bonds & Insurance



# EXHIBIT L

# www.MY-SPACE<sub>ship</sub>.com

MY SPACE™ or a MOBILE homepage and NEW games COMING SOON!

OFFERING NEW GIFT CARDS AND FINANCIAL SERVICES



copyright © 1997 - 2008 S. Bro., Inc.

Google

my space bail bonds and insumace      [ Search ]   Advanced Search
                                                    Preferences

The "AND" operator is unnecessary -- we include all search terms by default. [details]

**Web**                    Results **1 - 10** of about **411,000** for **my space bail bonds and insurnace**. (0.26 seconds)

Did you mean: *myspace* bail bonds and *insurance*

### MY SPACE™ BAIL BONDS & INSURANCE, Downtown Cleveland Cleveland OH ...
Get discount coupons for **MY SPACE™ BAIL BONDS & INSURANCE** and other Cleveland,
OH local merchants. **Bail Bonds , Insurance** and Financial Services in 2008 ...
www.merchantcircle.com/business/MY SPACE BAIL BONDS And INSURANCE 216-323-
3733 - 21k - Cached - Similar pages

### R 1B BLANK DONNELL MITCHELL 323 since 1997 S.jpg provided by MY ...
**MY SPACE™ BAIL BONDS & INSURANCE**. P.O Box 93343. Cleveland, OH, 44101. work
216-323-3733 ... View entire picture gallery **MY SPACE™ BAIL BONDS & INSURANCE** ...
www.merchantcircle.com/business/MY SPACE BAIL BONDS And INSURANCE 216-323-
3733/picture/view/1371436 - 15k - Cached - Similar pages

### MySpace.com - PLATINUM TOUCH INSURANCE SVC INC. - 24 - Male ...
**MySpace** profile for PLATINUM TOUCH **INSURANCE** SVC INC. with pictures, videos, ...
Queen Of **Bail Bonds** ♥, Nov 21 2007 11:17 AM MyHotComments.com ...
profile.**myspace**.com/index.cfm?fuseaction=user.viewprofile&friendID=213129765 - 99k -
Cached - Similar pages

### MySpace.com - Progress Insurance - 25 - Male - - www.myspace.com ...
**MySpace** profile for Progress **Insurance** with pictures, videos, personal blog, interests, ...
Queen Of **Bail Bonds** ♥, Dec 14 2007 2:32 PM **myspace** comments ...
profile.**myspace**.com/index.cfm?fuseaction=user.viewprofile&friendID=236880974 - 150k -
Cached - Similar pages
View more results from profile.myspace.com

### free bird bail bonds - metrowest
Free Bird **Bail Bonds - Insurance, Bail Bonds** in Smithville, TN. ...
http://**myspace**.com/csp1320247; Virginia Beach **Bail Bond** Companies in Virginia Beach
VA ...
www.metrowesthabitat.org/search/free-bird-bail-bonds/1-1.html - Similar pages



MYSPACE™ ship MOBILE returns says Donnell Mitchell

P.O Box 93343
Cleveland, OH 44101
216-323-3733

MERCHANT INFORMATION



This merchant is currently offline.

**Financial Services, Bail Bonds , Insurance, Debit Cards, Credit Cards, Spring Break Debit Cards, Spring Break Ringtones, Spring Break Mobile, My SPACE Bail Bonds, Myspace Bail Bonds, MyspacePrepaid, Myspace Money Center, Back to reclaim Myspace, Back to reclaim MY Space, Myspace ship returns, Myspaceship, Myspace ship returns**

Categories: Bail Bonds , Legal & Financial , Credit & Debt Services , Insurance

Hours: 24 hours a day 7 days a week returning March 2008

Tags : donnell, mitchell, cleveland, ohio, myspace, ship, returns, say, columbus, financial, services, bail, bonds, insurance, debit, cards, credit, spring, break, ringtones, mobile, my, space, myspaceprepaid, money, center, back, to, reclaim, myspaceship.

Merchant Website: Main Website.

View Our Gallery

CUSTOMER REVIEWS

MerchantCircle

Pick a site from the drop down menu above to see reviews about this business

Be the first to write a review for MYSPACE™ ship MOBILE returns says Donnell Mitchell

PRINT OUT MY COUPONS

This merchant has no coupons available. Request a deal from this merchant instead.

# Welcome to the best Insurance website on the internet!

We're in business to help you get the best rate on insurance!

- Spring Break Insurance
- Aetna Dental Access®
- Health Insurance Quote
- Life & Auto Combo Quote
- Auto Insurance Quote
- Pet Insurance Quote
- Mortgage Quote
- eCar Insurance (London)
- Annuities/Loan
- Transfer Money Worldwide
- Apply for a Credit Card
- Buy Visa Prepaid Cards



## MY SPACE INSURANCE & FINANCIAL SERVICES

The MY SPACE(tm) INSURANCE & FINANCIAL SERVICES CENTER is an independent, unbiased insurance agency located outside of Cleveland, Ohio.

**Our goal** is to find the insurance company that's right for you.

**How do we do that?** We bring top insurance and financial service companies together in one place, to compete for your business. You can compare multiple rates, buy prepaid cards or apply for credit cards and loan programs that are right for you. All in one easy step, all online in minutes with our knowledgeable and helpful licensed agents.

The MY SPACE Insurance P.O. Box 93943 Cleveland, Ohio 44101

Select and Choose from some of the lowest insurance and financial service rates in the nation!

The pending and registered trademarks that appear on this website are property of their respective owners.

MySpace® prepaid Debit, Gift Cards and Sunglasses are all registered trademarks of their company.

The IC of Ohio is an authorized agent of My SPACE(tm) Insurance and is in no way partnered, affiliated nor associated with MySpace.com

ic of ohio providers of my space and spring br [ Search ]  Advanced Search
                                                          Preferences

The "AND" operator is unnecessary -- we include all search terms by default. [details]

**Web**      Results 1 - 10 of about 21,700 for ic of ohio providers of my space and spring break insurance. (0.33 seconds)

Property Owners Insurance » Blog Archive » IC Of Ohio providers of ...
How to collect on home insurance after a disaster - Los Angeles Times. IC Of Ohio
providers of Spring Break™ and My SPACE™ Insurance ... ...
property-owners-insurance.net/.../ - 11k - Cached - Similar pages

The best online source you have ever seen: myspace layouts cross
Trap spring neck knife qantas staff travel aviation world richmond ..... nevis sports uk 2006
weekly us raw steel production myspace trans am video. ...
whzmqeint.blogspot.com/2007/12/myspace-layouts-cross.html - 250k -
Cached - Similar pages

Payton Brid13595: Ideas for a Luau Party
Background Cute Myspace · Insurance Quotes Washington ... Background Custom Free
Myspace .... 08 Beach Break South Spring · Buy Now Pay Later Magazine ...
paytonbrid61412.blogspot.com/2007/12/ideas-for-luau-party.html - 87k -
Cached - Similar pages

small bus credit card providers
rates and offers from these popular UK credit card providers and apply online. ... Quotes
Credit Card Processing Credit Health Insurance Pa . ...
qhp.adapters.beatricespuffard.com/small_bus_credit_card_providers.html - Similar pages

Louie Bird43827: Starting Up A New Business-How You Can Quickly ...
Break-even analysis is a good tool for quickly determining if an idea has any legs .... 019
Blank Editor Gt Myspace Myspace Quot Quot Quot Target Thomas V3 ...
louiebird74808.blogspot.com/2007/12/starting-up-new-business-how-you-can.html - 81k -
Cached - Similar pages

Detox Life 89902: Pros and Cons of E Tickets
All Inclusive Spring Break Trip · 10 2006 Christmas Gift Top ... Mortgage Rate In Ohio ...
Family Free Guy Layout Myspace · Backpacker Insurance Travel ...
detoxlife36942.blogspot.com/2007/12/pros-and-cons-of-e-tickets.html - 80k -
Cached - Similar pages

Ohio Renters Insurance
You can even find ohio renters insurance and other tools to... IC of Ohio providers of
Spring Break™ and My SPACE™ Insurance. ...
www.lawinfo.com/attorney/Renters-Insurance/Ohio - 17k - Cached - Similar pages

[PDF] DDQ-SPRING 2002
File Format: PDF/Adobe Acrobat - View as HTML
were at my level," she said. The. private ballot is important to ...... and the Ohio Provider
Resource. Association (OPRA). The Human ...
www.ddc.ohio.gov/Pub/DDSpring02.pdf - Similar pages

# MYSPACE® Sunglasses and Eyewear

MYSPACE 512MB MP3 Sunglasses are coming to a store near you (Fall 2008)



## MYSPACE® LED RED Light Up Sunglasses as seen on Ebay.com

MYSPACE LED light up RED HEART sunglasses - 250174778...

| Track your listing in My eBay | Get selling ideas | Sell another item |

Visit www.MyspacePrepaid.com the official gift card sponsor of Spring Break!




# MYSPACE™ ship MOBILE returns says Donnell Mitchell

Click to Rate: [☆][☆][☆][☆][☆]

## P.O Box 93343
## Cleveland, OH 44101
## 216-323-3733

MYSPACE™ ship MOBILE returns says Donnell Mitchell
P.O Box 93343
Cleveland, OH, 44101
work 216-323-3733
41.4995 -81.6959

- Information
- Map
- Blog
- Coupons
- Newsletters
- Bulletin Board



**More MYSPACE™ ship MOBILE returns says Donnell Mitchell Pictures**



View entire picture gallery MYSPACE™ ship MOBILE returns says Donnell Mitchell

# EXHIBIT M

**SOME U.S. CODE (AND C.F.R.) SECTIONS PROTECTING SPECIFIC NAMES, TERMS AND MARKS**

(This is a partial listing of some of the names, terms, initials and marks which are protected under the United States Code (and Code of Federal Regulations). Almost all of these sections protect symbols, emblems, seals, insignia and badges, as well as the referenced name. Many sections also protect other names and initials. Some sections protect characters in addition to names. See the sections for specific information. See also the next listing which provides other important Code sections, many of which also protect certain names, terms, initials and marks, e.g. 18 U.S.C. §709. For further information on other sections, see the Index to the United States Code, and the Index to the Code of Federal Regulations, especially under the terms "decorations, medals and badges," "coats of arms," "character," "insignia," "names," "seals" and "symbols." Other sections also exist which are not indexed under these terms.)

- American Ex-Prisoners of War, 36 U.S.C. §20907

- American Legion, 36 U.S.C. §21705

- The American National Theater and Academy, 36 U.S.C. §21904

- American Symphony Orchestra League, 36 U.S.C. §22306

- American Veterans of World War II, Korea, and Vietnam, 36 U.S.C. §22706

- American War Mothers, 36 U.S.C. §22505

- AMVETS (see American Veterans of World War II, Korea, and Vietnam)

- Big Brothers [and other names], 36 U.S.C. §30106

- Big Sisters [and other names], 36 U.S.C. §30106

- Blinded Veterans Association, 36 U.S.C. §30306

- Blue Star Mothers of America, Inc., 36 U.S.C. §30507

- Board for Fundamental Education, 36 U.S.C. §30706

- Boy Scouts of America, 36 U.S.C. §30905

- Central Intelligence Agency, 50 U.S.C. §403m

- Central Liquidity Facility, 18 U.S.C. §709

- CIA (see Central Intelligence Agency)

- Citius Altius Fortius (see Olympic)

- Civil Air Patrol, 36 U.S.C. §40306

- Coast Guard [and other names], 14 U.S.C. §639

- Commodity Credit Corporation, 15 U.S.C. §714m

- DEA (see Drug Enforcement Administration)

- Department of Housing & Urban Development [and other names], 18 U.S.C. §709

- Disabled American Veterans, 36 U.S.C. §90h

- Drug Enforcement Administration, 18 U.S.C. §709

- Fastener Quality Act, 15 U.S.C. §5401

- FFA (see Future Farmers of America)

- The Foundation of the Federal Bar Association, 36 U.S.C. §70506

- 4-H Club [also specific reference to emblem consisting of a green four-leaf clover with stem and the letter H in white or gold on each leaflet], 18 U.S.C. §707

- F.B.I. (see Federal Bureau of Investigation)

- Federal Bureau of Investigation, 18 U.S.C. §709

- Federal Deposit Insurance Corporation [and other names], 18 U.S.C. §709

- Federal Home Loan Mortgage Corporation, 12 U.S.C. §1457; 12 U.S.C. §1723a

- Future Farmers of America, 36 U.S.C. §70907

- Geneva Cross (see Red Cross)

- Girl Scouts of America, 36 U.S.C. §80305

- Give a Hoot, Don't Pollute (see Woodsy Owl)

- The Golden Eagle [also specific reference to insignia of an American Golden Eagle (colored gold) and a family group (colored midnight blue) enclosed within a circle (colored white with a midnight blue border)], 18 U.S.C. §715

- Government National Mortgage Association, 12 U.S.C. §1723a; 18 U.S.C. §709

- HUD (See Department of Housing & Urban Development)

- International Olympic Committee (see Olympic)

- HCFA (see Social Security)

- Health Care Financing Administration (see Social Security)

- Ladies of the Grand Army of the Republic, 36 U.S.C. §130106

- Life Saving Service (see Coast Guard),

- Lighthouse Service (see Coast Guard),

- Little League; Little Leaguer, 36 U.S.C. §130506

- Marine Corps, 10 U.S.C. §7881

- Medicaid (see Social Security)

- Medicare (see Social Security)

- The Military Chaplains Association of the United States of America, 36 U.S.C. §140304

- NASA (see National Aeronautics and Space Administration)

- National Aeronautics and Space Administration [also flags, logo, seal], 42 U.S.C. §2459b; 14 C.F.R. §§1221.101, 1221.107

- National Conference of State Societies, Washington, District of Columbia, 36 U.S.C. §150507

- National Conference on Citizenship, 36 U.S.C. §150507

- National Credit Union [and other names and acronyms], 18 U.S.C. §709

- National Music Council, 36 U.S.C. §152306

- National Safety Council, 36 U.S.C. §152506

- National Society, Daughters of the American Colonists, 36 U.S.C. §152907

- National Society of the Daughters of the American Revolution, 36 U.S.C. §153104

- National Women's Relief Corps, Auxiliary of the Grand Army of the Republic, 36 U.S.C. §153706

- Naval Sea Cadet Corps, 36 U.S.C. §154106.

- NCOA (see Non Commissioned Officers Association of the United States of America)

- Non Commissioned Officers Association of the United States of America [and other names], 36 U.S.C. §154707

- Olympiad (see Olympic)

- Olympic [and other names] [also specific reference to (1) the symbol of the International Olympic Committee, consisting of five interlocking rings, and (2) the emblem consisting of an escutcheon having a blue chief and vertically extending red and white bars on the base with five interlocked rings displayed on the chief], 36 U.S.C. §220506

- OPIC (see Overseas Private Investment)

- Overseas Private Investment, 18 U.S.C. §709

- Paralyzed Veterans of America, 36 U.S.C. §170105

- Pearl Harbor Survivors Association, 36 U.S.C. §170307

- Peace Corps, 22 U.S.C. §2518

- Red Cross [and other names] [also specific reference to the emblem of the Greek red cross on a white ground], 18 U.S.C. §706

- Reserve Officers Association of the United States, 36 U.S.C. §190106

- SSA (see Social Security)

- Secret Service [and other names], 18 U.S.C. §709

- Smokey Bear, 18 U.S.C. §711; 16 U.S.C. §580p; 36 C.F.R. §261.20

- Social Security [and other names, symbols and emblems], 42 U.S.C. §1320b-10

- Sons of Union Veterans of the Civil War, 36 U.S.C. §200306

- Swiss Confederation [with specific reference to the coat of arms, consisting of an upright white cross with equal arms and lines on a red ground], 18 U.S.C. §708

- U.D. (see Secret Service)

- USCG (see Coast Guard)

- USCGR (see Coast Guard)

- USMC (see Marine Corps)

- USO (see United Service Organizations, Incorporated)

- U.S.S.S. (see Secret Service)

- United Service Organizations, Incorporated, 36 U.S.C. §220106

- United States Capitol Historical Society, 36 U.S.C. §220306

- United States Mint, 18 U.S.C. §709

- United States Railway Association , 45 U.S.C. §711

- United States Coast Guard (see Coast Guard)

- United States Olympic Association (see Olympic)

- United States Olympic Committee (see Olympic)

- 369th Veterans Association, 36 U.S.C. §210307

- Veterans of Foreign Wars of the United States, 36 U.S.C. §230105

- Veterans of World War I of the United States of America, Incorporated, 36 U.S.C. §230306

- Vietnam Veterans [and other names], 36 U.S.C. §230507

- Woodsy Owl, 18 U.S.C. §711a, 16 U.S.C. §580p; 36 C.F.R. §261.20

# EXHIBIT N

MYSPACE, INC OF BEVERLY HILLS, CALIFORNIA COMMONLY USES
UNFAIR BUSINESS PRACTICES AND THREATS. MYSPACE IS KNOW FOR USING
INTIMIDATION CLEAR VIOLATIONS OF THE LANHAM ACT. IN THE ARTICLE BELOW
YOU WILL FIND THEY DID IT TO BRAD GREENSPAN THE REAL FOUNDER OF MYSPACE.COM

Contact:
Brad Greenspan
bspan@earthlink.net

## STATEMENT ON LEGAL PROCESS & REPORT OUT ON HARASSMENT
## AT HANDS OF NEWS CORP

LOS ANGELES, Oct. 09, 2006 – Brad Greenspan, founder
of Myspace.com and one of the Intermix shareholders
actively pursuing on behalf of all shareholders the
fraudulent sale of Intermix & Myspace to News Corp.
put out the following statement today:

"First, I apologize for the delay in getting out a
statement on the State Court litigation developments,
but the PR firm I was working with, Allison &
Partners, received a flurry of threats over the past
few days from News Corp's agent and law firm Hogan &
Hartson. These threats to drag the PR firm into court
because they were my 'agent' effectively temporarily
chilled the small firm's ability to continue their
communications with the media on my behalf in the
short term as they retain legal counsel to deal with
this baseless attack on free media." said Brad
Greenspan.

"In addition to this maneuver and continued personal
attacks News Corp is making against me, I have
information on other concerning harassment near the
end of this statement I feel obligated to come forth
with." said Brad Greenspan.

"The shareholders of Intermix have a shareholder
complaint at the Federal level that continues to
proceed well. This lawsuit has the benefit of much of
the discovery and evidence that has come out recently.

Second, at the state level, we plan to appeal Judge
Kuel's recent decision as there are a plethora of
legal errors in her decision.

Judge Kuel's decision is flawed because it failed to
take into account incriminating evidence of
nondisclosures and fraud by Intermix management. The
court also erred by not allowing us to amend the
complaint to include the stunning emails and documents
recently discovered which make up the heart of the
fraud. For instance, we could not explain or inform
Judge Kuel that Myspace's revenue was hidden by
shareholders in clear violation of FAS 131, because we
only received Intermix documents finally disclosing
accurate Myspace revenue after the complaint had
already been filed." said Brad Greenspan.

## STRONG SUPPORT FROM SHAREHOLDERS AND THE PUBLIC

"We continue to believe that even stronger evidence of
wrongdoings exists in the hands of documents that
Intermix, News Corp, and investment bankers Montgomery
Securities and Thoms Weisel are in possession of for

the period between August 15 - September 30 2005, the period directly before the shareholders voted. To date, the defendants have refused to provide these surely damning documents.", said Brad Greenspan.

"We are continuing to get incredible feedback and support from Intermix shareholders and the public at large. The message is clear - Rosenblatt and Intermix misled the public by refusing to disclose Myspace's revenue in clear violation of FAS 131. If shareholders had received the same financial info on Myspace that News Corp had, prior to the shareholder vote on September 30, 2005, then shareholders could have cast an informed vote. They didn't. It was not a level playing field." said Brad Greenspan.

Intermix shareholder Michael M contacted the FreeMyspace website recently and explained his view:

"Thank you for continuing to pursue this. I had 4,000 shares of Intermix the day the merger was announced and 2,000 on the day it closed. I was disgusted and shocked with the low sale price and voted against the merger. It may interest you to know that someone called me on behalf of Intermix and tried to get me to change my vote. I refused, telling him that the premium being paid by NWS was inadequate. He then exaggerated about how large the premium was but I still refused."

## HARRASSMENT AT THE HANDS OF NEWS CORP

In addition to the recent actions of News Corp to chill and intimidate my PR firm from facilitating my communications with the media and public, the other actions News Corp has undertaken are troubling:

An ongoing harassment by News Corp of friends and associates over the past few months via very aggressive activities by News Corp private investigators with the intent to wage personal attacks on me and discredit me.

For example, excerpts from an anonymous letter I received in August of 2006 warning me of News Corp's ongoing campaign:
------ Forwarded Message
From: my spaceman < myspacemaniac@ZZZZZZZ>
Date: Thu, 10 Aug 2006 09:19:30 -0700 (PDT)
To: < bspan@ZZZZZZ
Subject: information

Hi Brad,

I hope this is the correct email. I had to track it down through a mutual friend. I just wanted you to know that there are people asking lots of questions about you. I had 2 people contact me at my house and it was a bit spooky. They were asking questions about everything you could think of. I told them I only had 10 minutes. They were polite but it was very disconcerting. They were asking questions about different periods when you were here. There were lots of words around fiduciary obligations and if I knew

about deals or discussed any deals with you at various times. What you did immediately after you left. They asked if I knew about any friends in weird places like Russia, China and Australia. Also about relationships with any female coworkers. Parties. Just tons and tons of questions. I thought I would be smart and asked them why and what they were doing, but all they would say was they were private investigators and that they wanted to sit me down for a full interview. I told them I would think about it and call them back. They offered that could have my lawyer present and they would pick up the cost."

I was forced to move from my home in Los Angeles, as I discovered that News Corp employees working in the Myspace group very recently took control of a home (2176 Sunset Plaza) directly across from mine and began observation of my activities via direct and unobstructed viewing access into my house and penetrating my WIFI. I was tipped off to this recently as one of the News Corp employees Ted Skillet had entered my property during a small event I was holding, was recognized and had to be asked to leave the premises.

# (The above paragraph details the ruthless tactics of Myspace Inc.)

RECENT FINANCIAL TIMES RUPERT MURDOCH INTERVIEW DESCRIBES NEWS CORP'S STRATEGY TO GET INTERMIX DIRECTORS LED BY ROSENBLATT TO "CLOSE THE DOOR AND THROW AWAY THE KEY' ON OTHER POTENTIAL BIDDERS AND COMMUNICATIONS TO INTERMIX SHAREHOLDERS.

NEWS CORP ABANDONS MYTH OF MYSPACE CREATION

I am glad that because of the background provided to the public on the process and how my company eUniverse created Myspace, that News Corp as demonstrated by its latest press release has wisely chosen to abandon its efforts to continue to tell the media that Myspace was created in the garage of Tom Anderson and that eUniverse was merely an investor in Myspace.

Myspace was created by eUniverse, I made the decision to launch Myspace as our only new website initiative in 2003 and oversaw the Myspace division personally. eUniverse owned 100% of Myspace at creation. Tom Anderson and Chris DeWolfe were eUniverse employees who were part of the management team.

The accurate timeline and details of how Myspace was created can be viewed here:

http://www.freemyspace.com/history.htm

About Myspace and Brad Greenspan

Among the Intermix properties acquired by News Corp.
was Myspace.com, a social networking Web site with Web
profiles, blogs, instant messaging, e-mail, music
downloads, photo galleries, classified listings and
chat rooms that allows users to create their own
online community. MySpace.com has more than 100
million registered user. The site receives more
monthly page views than Google according to a recent
Associated Press report.

Brad Greenspan, founder of eUniverse/Intermix Media
which created Myspace.com, serves as an investor and
strategic business advisor for successful start-up
companies in high-growth markets. He invests capital
and resources that enable companies to meet their
short- and long-term business objectives. Greenspan
has invested in companies such as BroadWebAsia,
VidiLife.com, BigFishGames LLC, and Palisades
Technology.

**MYSPACE INC is and has been using aggressive and unfair business tactics which is common
practice for this company these facts can be verified by reviewing the attached documents or
reviewing the www.FREEMYSPACE.COM website.**
As relevant to the present action.
WHEREFORE, the plaintiffs, DONNELL MITCHELL, ask the
the TTAB to issue an injunction enjoining the opposers
from continuing its intimidation and that the TTAB
award plaintiffs such additional or alternative relief
as may be just, proper, and equitable, including
costs associated with this opposition for cancellation.

Respectfully submitted,

DONNELL MITCHELL
P.O. BOX 93343
CLEVELAND OHIO 44101
PHENOMENON LICENSING
Dated:

# EXHIBIT O

# FAN SPACE

**Word Mark** FAN SPACE

**Goods and Services** IC 035. US 100 101 102. G & S: INCENTIVE AWARD PROGRAMS TO PROMOTE THE SALE OF PRODUCTS AND SERVICES OF OTHERS, NAMELY, A PROGRAM WHERE PARTICIPANTS COMPLETE SURVEYS ON TOPICS RELATING TO ENTERTAINMENT, CURRENT EVENTS, CELEBRITIES, AND TELEVISION PROGRAMS TO EARN AWARDS; DISCOUNT CLUB SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS BY ARRANGING DISCOUNTS ON PRE-RECORDED CDS, VIDEO TAPES, LASER DISKS AND DVD FEATURING TELEVISION PROGRAMS, AND BOOKS, VIDEO DISCS AND TAPES, AUDIO DISCS AND TAPES AND COMPUTER SOFTWARE; ADMINISTRATION OF A DISCOUNT PROGRAM FOR ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS TO MUSEUMS, MONUMENTS AND OTHER PLACES OF INTEREST TO CONSUMERS INTERESTED IN THE FIELDS OF ENTERTAINMENT, CURRENT EVENTS, CELEBRITIES, AND TELEVISION PROGRAMS; ASSOCIATION SERVICES, NAMELY, PROMOTING THE INTERESTS OF EDUCATORS AND INDIVIDUALS INTERESTED IN EDUCATION AS SUCH INTERESTS RELATE TO PROVIDING EDUCATION REGARDING THE FIELD OF ENTERTAINMENT, CURRENT EVENTS, CELEBRITIES AND TELEVISION; DIRECT MARKETING SERVICES PROVIDED BY MEANS OF MAIL ORDER CATALOGUES AND PAMPHLETS AND LEAFLETS AND WEB SITES ON THE GLOBAL COMPUTER NETWORK, ALL FEATURING BOOKS, VIDEO TAPES AND DISCS, GAMES, CALENDARS, FIGURINES, CLOTHING AND OTHER PRODUCT AND SERVICES REGARDING ENTERTAINMENT, CURRENT EVENTS, CELEBRITIES, AND TELEVISION PROGRAMS AND BELIEVED TO BE OF INTEREST TO CONSUMERS INTERESTED IN THE FIELDS OF ENTERTAINMENT, CURRENT EVENTS, CELEBRITIES AND TELEVISION PROGRAMS; PUBLIC OPINION SURVEYS, NAMELY, ENTERTAINMENT SURVEYS REGARDING ENTERTAINMENT, CURRENT EVENTS, CELEBRITIES, AND TELEVISION PROGRAMS

IC 041. US 100 101 107. G & S: ENTERTAINMENT SERVICES, NAMELY,PROVIDING ENTERTAINMENT NEWS AND INFORMATION IN THE FIELDS OF ENTERTAINMENT, CURRENT EVENTS, CELEBRITIES, AND TELEVISION PROGRAMS BY MEANS OF A GLOBAL COMPUTER NETWORK; PROVIDING ENTERTAINMENT INFORMATION REGARDING THE MAKING OF TELEVISION SERIES; PROVIDING ON-LINE ENTERTAINMENT QUIZZES REGARDING ENTERTAINMENT, CURRENT EVENTS, CELEBRITIES AND TELEVISION PROGRAMS AND THE RESULTS OF SUCH QUIZZES AND RESULTS OF ENTERTAINMENT SURVEYS; FAN CLUB SERVICES FOR FANS OF BOOKS, AUDIO AND VIDEO TAPES AND DISCS, MOVIES, WEB SITES AND OTHER ENTERTAINMENT MEDIA; AND PROVIDING INFORMATION IN THE NATURE OF REVIEWS OF AND DISCUSSIONS OF TOPICS CONTAINED IN TELEVISION PROGRAMS, BOOKS, VIDEO DISCS AND TAPES, AUDIO DISCS AND TAPES, AND COMPUTER SOFTWARE

**Standard Characters Claimed**

**Mark Drawing Code** (4) STANDARD CHARACTER MARK

**Serial Number** 78937257

**Filing Date** July 25, 2006

**Current Filing Basis** 1B

**Original Filing Basis** 1B

**Published**

**for Opposition**  July 31, 2007

**Owner**  (APPLICANT) A&E Television Networks 1. Hearst Communications, Inc., a Delaware corporation, located and doing business at 959 Eighth Avenue, New York, New York 10019; 2. Disney/ABC International Television, Inc. a Delaware corporation, located and doing business at 825 Seventh Avenue, New York, New York 10019; 3. RCA Cable Inc., a Delaware corporation, located and doing business at 30 Rockefeller Plaza, New York, New York 10112 JOINT VENTURE NEW YORK 235 East 45th Street New York NEW YORK 10017

**Attorney of Record**  Monica B. Richman

**Disclaimer**  NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE FAN APART FROM THE MARK AS SHOWN

**Type of Mark**  SERVICE MARK

**Register**  PRINCIPAL

**Live/Dead Indicator**  LIVE

# EXHIBIT P

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 3,284,330
Registered Aug. 28, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# MYSPACE

MITCHELL DONNELL (UNITED STATES INDI-
VIDUAL)
P.O. BOX 93343
CLEVELAND, OH 44101

FOR: MAGNETICALLY ENCODED CREDIT
CARDS; MAGNETICALLY ENCODED DEBIT
CARDS; SUNGLASSES, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 1-31-1990; IN COMMERCE 10-24-1997.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-007,582, FILED 9-26-2006.

ATTIYA MALIK, EXAMINING ATTORNEY



Myspace® Prepaid Survey Report (re-published)

*The content in this report has not been created by Phenomenous Enterprises Inc (PhI) Enterprises*

*Enter your MySpace.cc details at* ***www.MySPACEship.cc*** *Visa Card*

## MYSPACE® ship Prepaid Visa Cards are Coming Soon!



A New Report from Aite Group this report was re-published by MySPACE® Prepaid.com

## Prepaid Cards: The State of the Industry

Aite Group expects the value of branded and private label prepaid card transactions to amount to US$178 billion by 2010, up from US$113 billion in 2007.

**Boston, MA, July 23, 2007** – A new Impact Report from Aite Group sizes and forecasts the evolution of the prepaid card industry in the United States. It examines the key trends impacting each major component of the industry value chain.



Value (US$ Billions) (Left Scale) —◆— Number (Billions) (Right Scale)

Among key findings, the report reveals that despite rapid industry growth, gaining scale in branded prepaid card

processing remains a major challenge for processors and issuers. The report also indicates that the introduction of reload services for branded and private label prepaid cards, the drive to offer private label prepaid card products to small merchants, and the deep integration of branded and private label prepaid cards into various industries' business processes are today's three major trends reshaping the industry.

"In the coming few years, the concept of prepaid will grow increasingly irrelevant as it becomes ever-more successful," predicts Gwenn Bézard, research director at Aite Group and author of the report. "Over time, the subtle distinctions between the various card products, such as debit versus prepaid versus credit, and branded versus private label, will erode as products grow in diversity and complexity and mesh together. By the middle of the next decade, the prepaid card industry will have ceased to exist as a recognizable entity."

This 37-page Impact Report contains 26 Figures and 1 Table. Companies mentioned in this report include: ACE Cash Express, ADP, American Express, Bank First, Bank of America, BlackHawk Network, Chockstone, Citibank, Coinstar, Comdata, CVS Pharmacy, Discover Financial, eCount, EFD (eFunds), First Data, FSV Payment, Green Dot, Home Depot, Incomm, Keybank, Macy's, Mastercard, McDonald's, Metabank, Metavante, MoneyGram, National City, Netspend, Paymentech, Simon Property, Skylight, SpringBok, Starbucks, Target, TSYS, UniRush, US Bank, Visa, Wal-Mart, WageWorks, Wells Fargo, and Western Union.

The findings in this report were published by the Aite Group and re-published MySPACE.® Prepaid.

*www.MySPACEship.cc*



*The IC of Ohio is an authorized agent of My SPACE(tm) Insurance and is in no way partnered, affiliated nor associated with MySpace.com*

# EXHIBIT Q

Welcome ...

Search ...                                      **Web Search**

Home   U.S.   Business   World   Entertainment   Sports   Tech   Politics   Elections   Science   Health   Most Popular

Search:                          **All News**          [ Search ]  Advanced

# News Corp will not fight Microsoft for Yahoo                REUTERS ∋



NEW YORK (Reuters) - Rupert Murdoch said on Monday his News Corp (NWSa.N) would not get into a fight with Microsoft Corp (MSFT.O) over Yahoo Inc (YHOO.O), confirming what most industry and Wall Street observers suspected.

Murdoch's company has been in talks with Yahoo over a transaction to combine News Corp's MySpace Internet social network and other Internet assets with Yahoo, a source familiar with the talks said earlier.

"We're not going to get into a fight with Microsoft, which has a lot more money than us," Murdoch told investors at the annual Bear Stearns media conference.

Microsoft has made an unsolicited $41.4 billion bid to buy Yahoo.

Time Warner Inc (TWX.N) has also held talks to combine its AOL Internet division with Yahoo, another source said last week.

(Reporting by Kenneth Li; editing by John Wallace)

Reuters Photo: Media tycoon Rupert Murdoch listens to a question during a session of the World Economic

Slideshow: Yahoo!

TECHNOLOGY VIDEO


**Facebook app lets users send movie clips**


**The Beatles Go Digital**

» All news video

RELATED QUOTES

| | | |
|---|---|---|
| ^IXIC | 2169.34 | -43.15 |
| ^IXK | 976.53 | -11.82 |
| ^DJUSS | 438.80 | -9.82 |

[ Get Quotes ]

**Delayed Data**
Providers - Disclaimer


**MORON CEO'S?** CARL ICAHN'S CRITICISM
60 MINUTES
PRESENTED BY YAHOO! NEWS

ELSEWHERE ON THE WEB

Email Story      IM Story      Printable View      b Yahoo! Buzz

RECOMMEND THIS STORY

☆ ☆ ☆ ∮          » Recommended Stories

## Full Coverage: Microsoft - Yahoo!

OFF THE WIRES

News Corp will not fight Microsoft for Yahoo

Microsoft will not rush Yahoo merger says exec: report

NEWS STORIES

Microsoft Would Not Rush to Merge Yahoo Technology

Microsoft May Go All Cash, Raise Yahoo Bid to $31

FEATURE ARTICLES

Antsy Microsoft-Yahoo Watchers May Have 131+ Days To Wait

Exclusive! Interview With Yahoo Shareholder Who Supports (Different) Microsoft Deal

OPINION & EDITORIALS

Will Cash Be King for Microhoo?

Yahoo: Without MSFT, The Stock Is A Teenager

News Corp will not fight Microsoft for Yahoo - Yahoo! News

Page 2 of 3

**PC World:** IE8 Balks at Windows Update

**InfoWorld:** Vista virtualization rules relaxed to quash antitrust probes

**Macworld:** Perforce updates cross-platform interface for software versioning tool



## LOVE VIDEO GAMES?



Presented by
YAHOO! EDUCATION

ADVERTISEMENT



YAHOO! NEWS WANTS YOU!



**Yahoo! News is looking for software engineers who are passionate about online news. Help us take the No. 1 news destination on the Internet to greater heights.**
» See current openings

Add headlines to your personalized My Yahoo! page
(About My Yahoo! and RSS)

**Microsoft**

» More news feeds

## Technology News

Circuit City tries to reinvent itself

Bell Labs box offers new cell use data

Sprint phone first to use fast network

Facebook app lets users send movie clips

Cell carriers fight backup power rule

## Technology Video

Facebook app lets users send movie clips

The Beatles Go Digital

## Most Viewed - Technology

News Corp will not fight Microsoft for Yahoo

Circuit City tries to reinvent itself

Britain makes camera that "sees" under clothes

Sprint phone first to use fast network

Facebook app lets users send movie clips

Astronauts will assemble robot in space

Protecting your PC

News Corp will not fight Microsoft for Yahoo - Yahoo! News

Page 3 of 3

NEWS ALERTS

**Get an alert when there
are new stories about:**

- **Microsoft Corp**
- **AOL Internet division**
- **Time Warner Inc**
- **Rupert Murdoch**
- **Bear Stearns**

[ **Add Selected Alerts** ]

▸ More alerts

| Search: | All News | [ Search ] Advanced | Yahoo! - My Yahoo! - Mail |

Home | U.S | Business | World | Entertainment | Sports | Tech | Politics | Science | Health | Travel | Most Popular | Odd News : Opinion

Copyright © 2008 Reuters Limited. All rights reserved. Republication or redistribution of Reuters content is expressly prohibited without the prior written consent of Reuters. Reuters shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.

Copyright © 2008 Yahoo! Inc. All rights reserved.
Questions or Comments
Privacy Policy -Terms of Service - Copyright/IP Policy - Ad Feedback

# EXHIBIT R



United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## TTABVUE. Trademark Trial and Appeal Board Inquiry System    v1.4

# Summary

**Query:** Party Name contains all words: MYSPACE, INC.
**Number of results:** 58
**Results are in reverse chronological order**

**Page #1. Go to page:** 1    2 3 Next

| Proceeding Filing Date | Defendant(s), Property(ies) | Plaintiff(s), Property(ies) |
|---|---|---|
| 77084724 02/20/2008 | Johnson, Kandi, L. **Mark:** YOUR SPACE CAFE **S#:**77084724 | MySpace, Inc. |
| 78901520 02/12/2008 | Marros, Thomas P **Mark:** MY SPACE YOUR SPACE **S#:**78901520 | MySpace, Inc. |
| 77241248 02/12/2008 | Abrahamian, Mary **Mark:** REDESIGN MY SPACE **S#:**77241248 | MySpace, Inc. |
| 79039447 02/11/2008 | Fashionspace Limited **Mark:** FASHIONSPACE **S#:**79039447 | MySpace, Inc. |
| 91182293 02/06/2008 | miShare LLC **Mark:** MISHARE **S#:**77148420 | MySpace, Inc. **Mark:** MYSPACE A PLACE FOR COMEDY **S#:**77211855 **Mark:** MYSPACE A PLACE FOR FRIENDS **S#:**77211843 **Mark:** MYSPACE A PLACE FOR FRIENDS **S#:**77210963 **Mark:** MYSPACE A PLACE FOR FRIENDS **S#:**77210941 **Mark:** MYSPACE A PLACE FOR FRIENDS **S#:**77210923 **Mark:** MYSPACE SECRET SHOWS **S#:**77197269 **Mark:** MYSPACE **S#:**78334714 **R#:**2911041 **Mark:** MYSPACE **S#:**78706975 **R#:**3183151 **Mark:** MYSPACE A PLACE FOR FRIENDS **S#:**78709778 **R#:**3183162 **S#:**78706980 **R#:**3132697 **Mark:** MYSPACE RECORDS **S#:**78978766 **R#:**3295810 **Mark:** MYSPACE **S#:**77054428 **Mark:** MYSPACE.COM A PLACE FOR FRIENDS **S#:**77054480 **Mark:** MYSPACE RECORDS **S#:**78738140 **Mark:** MYSPACE IMPACT AWARDS **S#:**78919370 **Mark:** MYSPACEIM **S#:**77063726 **Mark:** MYSPACE RECONSTRUCTED |

**S#:**77075505
**Mark:** MYSPACE SECRET STAND-UP
**S#:**77104082
**Mark:** MYSPACE SECRET STAND-UP
**S#:**77104101
**Mark:** ARTIST ON ARTIST MYSPACE.COM
**S#:**77105626
**Mark:** MYSPACE A PLACE FOR FASHION
**S#:**77249323
**Mark:** MYSPACE A PLACE FOR FILM
**S#:**77212136
**Mark:** MYSPACE A PLACE FOR BOOKS
**S#:**77212124
**Mark:** MYSPACE A PLACE FOR MUSIC
**S#:**77211876
**Mark:** MYSPACE A PLACE FOR HIP HOP
**S#:**77211863

91182136   White, Timothy
01/29/2008 **Mark:** U GOT SPACED **S#:**77152966

MySpace, Inc.
**Mark:** MYSPACE **S#:**78334714
**R#:**2911041
**Mark:** MYSPACE **S#:**78706975
**R#:**3183151
**Mark:** MYSPACE A PLACE FOR FRIENDS
**S#:**78709778 **R#:**3183162
**S#:**78706980 **R#:**3132697
**Mark:** MYSPACE **S#:**77054428
**Mark:** MYSPACE.COM A PLACE FOR
FRIENDS **S#:**77054480
**Mark:** MYSPACE RECORDS **S#:**78738140
**Mark:** MYSPACE IMPACT AWARDS
**S#:**78919370
**Mark:** MYSPACEIM **S#:**77063726
**Mark:** MYSPACE RECONSTRUCTED
**S#:**77075505
**Mark:** MYSPACE SECRET STAND-UP
**S#:**77104082
**Mark:** MYSPACE SECRET STAND-UP
**S#:**77104101
**Mark:** ARTIST ON ARTIST MYSPACE.COM
**S#:**77105626
**Mark:** MYSPACE RECORDS **S#:**78978766
**R#:**3295810
**Mark:** MYSPACE A PLACE FOR FASHION
**S#:**77249323
**Mark:** MYSPACE A PLACE FOR FILM
**S#:**77212136
**Mark:** MYSPACE A PLACE FOR BOOKS
**S#:**77212124
**Mark:** MYSPACE A PLACE FOR MUSIC
**S#:**77211876
**Mark:** MYSPACE A PLACE FOR HIP HOP
**S#:**77211863
**Mark:** MYSPACE A PLACE FOR COMEDY
**S#:**77211855
**Mark:** MYSPACE A PLACE FOR FRIENDS
**S#:**77211843

**Mark:** MYSPACE A PLACE FOR FRIENDS
**S#:**77210941
**Mark:** MYSPACE A PLACE FOR FRIENDS
**S#:**77210923
**Mark:** MYSPACE SECRET SHOWS
**S#:**77197269

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

**In the Matter of Trademark Application Serial No. 77/007582**
**Registration no. 3284330**

Opposers,

MySpace Inc.

OPPOSITION NO. **92048120**

v.

Donnell Mitchell

Registrant

MARK:  **MYSPACE**

Box TTAB NO FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA   22202-3513

## MOTION FOR REQUEST FOR SANCTIONS AND MEMORANDUM OF LAW IN SUPPORT THEREOF

In the above referenced matter the Registrant, Donnell Mitchell, hereby responds to the

Opposer's Request for sanctions as follows:

1.     Opposer has insufficient knowledge or information as to the truth of the

allegations and, therefore Registrant, denies all said allegations.

2.     Registrant was on the phone with the Trademark Trial and Appeal Board on or

about October 26th 2007 between the hours of 4:30PM EST and 4:55PM EST speaking with Trademark Trial and Appeal Board staff.

3. Registrant explained to TTAB staff that Registrant's company had no way of contacting the Opposer by phone.

4. Registrant was advised to file the request on Friday October 26th because Monday October 29th 2007 would have passed Registrant's cancellation answer deadline of October 28th 2007.

5. Registrant learned of the Opposer's frivolous cancellation procedure on or about October 25th 2007.

6. Registrant by phone explained to the TTAB staff that Registrant's company needed additional time to hire counsel.

7. Registrant admits to being a pro se applicant, new to the Trademark Trial and Appeal Board process. Registrant was not aware as of October 26th 2007 that his company needed consent from Opposer to proceed with an extension request.

8. Opposer has insufficient knowledge or information as to the truth of the allegations of fraud and deception as alleged against Phenomenon Licensing and Myspace Prepaid and, therefore Opposer has made willful false statements to the Trademark Trial and Appeal Board.

9. Registrant emailed the Opposer on October 26th 2007 at 4:16PM not 6:16PM as stated by the Opposer in the request for sanction motion. See Exhibit A

10. Registrant has complied with and will continue to comply with all requests from the Trademark Trial and Appeal Board. Registrant has explained by email that his company will not be intimidated by Opposer's meritless tactics. See Exhibit B

11. Registrant is requesting that the Opposer's request for sanctions motion be dismissed by the Trademark Trial and Appeal Board without prejudice and sanctions be placed on the Opposer for unethical behavior and violations of the Lanham Act.

12. Registrant is also considering filing a formal complaint with the Connecticut Disciplinary Counsel against Opposer's company.

13. Opposer has made several willful fraudulent statements to the Trademark Trial and Appeal Board as of September 14th 2007 and October 31st 2007.

14. Opposer was fully aware of Phenomenon Licensing and Myspace Prepaid Solutions international press releases dated and released internationally September 9th 2007. Opposer filed cancellation hearing no. 92048120 on or about September 14th 2007. Opposer filed (5) days after our international MYSPACE PREPAID press releases were distributed.   See Exhibit C

15. Registrant requests that the Trademark Trial and Appeal Board enter judgment in Registrant's favor on all counts of it's petition as a sanction for Opposer's willful misconduct.


## ARGUMENT DEFENSE 1


16. Applicant repeats and reiterates Paragraphs 1-15 as if fully repeated herein

17. Registrant, a pro se applicant, potentially committed mistakes in the application and prosecution of his trademark applications.

18. Applicant denies making any fraudulent statements on any trademark applications. Any such mistakes by applicant amounted to harmless error.

## ARGUMENT DEFENSES 2

19. Applicant repeats and reiterates Paragraphs 1-18 as if fully repeated herein.

20. Opposer's conduct amounts to laches or acquiescence.

21. Opposer is fully aware the term MY SPACE is not federally prohibited from

registration due to Statutory Protection 1205.01. See Exhibit D

Respectfully submitted,

/s//DonnellMitchell/
Donnell Mitchell
Phenomenon Licensing
ProSe Applicant
P.O Box 93343
Cleveland, Ohio 44101
Rapphenomenons@yahoo.com

## CERTIFICATE OF SERVICE

A copy of the attached Answer was sent by regular U.S. Mail, first class, this JANUARY 3, 2008 to the following:

//s/DonnellMitchell/      1-03- 2008 ꭹ
Donnell Mitchell             Date